UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-14031-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

   Plaintiff,

vs.

CAROL CLETZER MCDEAVITT,

   Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct an Evidentiary Hearing in respect to a Superseding Petition Alleging Violation of Probation before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on July 9, 2012. A Report and Recommendation was filed on August 3, 2012, (D.E.#48), recommending that this Court find the Defendant has violated the conditions of her supervision in respect to the two violations set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, and the Court notes Defendant's Objections filed thereto. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's Evidentiary hearing to the Violations set forth in respect to the Superseding Petition for Offender Under Supervision of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of her supervision and adjudicates her guilty of the violations set forth in the Superseding Petition for Offender Under Supervision. A sentencing hearing for final disposition shall be set in a separate notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of September, 2012.

                _____
                JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office